DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-511 HSG |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| SEAN COLLINS, ET AL., | |
| Defendants. | |

Please take notice that the Assistant U.S. Attorney whose name, address, telephone number, and email address are listed below appears in this case as counsel for the government.

    Philip Kopczynski
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7200
    philip.kopczynski@usdoj.gov

Dated: September 9, 2020                    Respectfully submitted,

                                                     DAVID L. ANDERSON
                                                     United States Attorney

                                                     _____/s/_____
                                                     PHILIP KOPCZYNSKI
                                                     Assistant United States Attorney

NOTICE OF APPEARANCE
18-CR-511 HSG