**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
**DISTRICT OF NEVADA**
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**DEBRA K. KEMPI**                                                         **CYNTHIA K. JENSEN**
**DISTRICT COURT CLERK**                                        **CHIEF DEPUTY**

9/10/2020

Clerk, US District Court
Northern District of California

InterdistrictTransfer_CAND@cand.uscourts.gov

RE:      USA v. Devin Hairston
            Your Case No. 4:18CR00511-003 HSG
            Our Case No. 2:20-mj-00775-NJK

Dear clerk:

        Please be advised that the above-referenced defendant was arrested in the District of Nevada (Las Vegas) on a warrant issued by the  Northern District of California  and appeared before United States Magistrate Judge  Nancy J. Koppe  on  9/1/2020  .

☑ The Defendant has been detained and remanded to the custody of the United States Marshal for transport.

☐ The Defendant was released on a personal recognizance bond and ordered to appear in your court on _____ .

   All documents completed in this district may be accessed via PACER and our website at
https://ecf.nvd.uscourts.gov.

Thank you.

**DEBRA K. KEMPI, CLERK**
By:

/s/ Monica Reyes
Deputy Clerk


Date Received: 9/11/2020

Received by: Jordan Burgan, Deputy Clerk