1  **CHARLES WOODSON** (SBN 258791)
   Law Office of Charles Woodson
2  725 Washington Street, Ste. 309
   Oakland, California 94607
3  Tel. (510) 302-8780
4  Fax. (510) 228-0444
   cwoodson@cjswlaw.com
5
   Counsel for Defendant
6  **DEVIN HAIRSTON**

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **OAKLAND DIVISION**

11

12 | **UNITED STATES OF AMERICA**,        No. 18-cr-00511-HSG-3

13 |        Plaintiff,                    **JOINT RECOMMENDATION
                                          REGARDING THE DISPOSITION OF
14 |                                      DEFENDANT DEVIN HAIRSTON'S
       v.                                 PETITION TO REVOKE HIS
15 |                                      SUPERVISED RELEASE**

16 | **DEVIN HAIRSTON**,                  Current Date: 02/19/25 at 2:00 p.m.
                                          Hon. Haywood S. Gilliam, Jr., United States
17 |        Defendant.                    District Judge

18

1    Upon review of U.S. Probation's recommendation regarding the disposition of Mr. Hairston's pending Form 12, the Parties concur with the recommendation that Mr. Hairston be sentenced to 6 months custody with no supervised release to follow.  Dkt. 394.

4    On February 12, 2025, Mr. Hairston admitted that he was sentenced to state prison for a period of two years after he pleaded no contest to violating California's Vehicle Code section 2800.2, Evading a Police Officer.  Dkt. 393; 394-1.  Mr. Hairston spent approximately 18 months in state prison before being brought into federal custody to address the form 12.  Consistent with Probation's recommendation that "it is clear that Mr. Hairston has been willing to take responsibility for his actions," the Parties are recommending that the Court adopt Probation's recommendation and setence Mr. Hariston to 6 months custody with no supervised release to follow.  Dkt. 394.  Given the time that Mr. Hairston has already served in state custody, the parties agree that 6 months on the federal side is sufficient to address the conduct.  Furthermore, Mr. Hairston was sentenced to one year of state parole, and the 6 month sentence will allow him to be on state parole for some time.

Dated: February 14, 2025

s/ *Charles Woodson*
CHARLES WOODSON
Counsel for Defendant
DEVIN HAIRSTON

Dated: February 14, 2025

s/ *CW per email authorization*
JILLIAN R. HARVEY
Assistant U.S. Attorney